2014–0531.  **Cincinnati v. Testa.**
Board of Tax Appeals, Nos. 2011–143 through 2011–148.

2014–0532.  **Cunningham v. Testa.**
Board of Tax Appeals, No. 2011–4641.

2014–0552.  **Olentangy Local Schools Bd. of Edn. v. Delaware Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2011–A–565.

2014–0564.  **Fronimo v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–4251.

2014–0593.  **Perkins Local School Dist. Bd. of Edn. v. Erie Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2010–2755 and 2010–2900.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E).

The appellants in each case shall file a brief within 40 days of the date of these entries, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss these cases or take other action if the parties fail to timely file merit briefs.

2014–0252.  **State ex rel. Conway v. Franklin Cty. Prosecutor's Office.**
In Mandamus.

2014–0357.  **In re C.J.**
In Prohibition.

2014–0373.  **Grace Cathedral, Inc. v. Testa.**
Board of Tax Appeals, No. 2012–2168.

# CASE ANNOUNCEMENTS

## April 28, 2014

[Cite as *04/28/2014 Case Announcements #2*, 2014-Ohio-1800.]

## MOTION AND PROCEDURAL RULINGS

2009–1292.  **State ex rel. Doner v. Zehringer.**
In Mandamus. This cause came on for further consideration upon the filing of relators' motion for leave to file supplement to evidence. It is ordered by the court that the motion is granted.

2009–1292.  **State ex rel. Doner v. Zehringer.**
In Mandamus. This cause came on for further consideration upon the filing of respondents' cross-motion for leave to file its own supplement to evidence.

It is ordered by the court that relators shall file a response, if any, to the motion no later than 10:00 a.m. on Tuesday, April 29, 2014.